FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 28 2010

JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK DEES & CLAIRE DEES, ) ) ) Plaintiffs, ) ) v. ) ) CHASE HOME FINANCE, LLC, & ) JPMORGAN CHASE, N.A. ) ) Defendants. ) | CIVIL ACTION NO. 1 10-CV-4218 |

## NOTICE OF REMOVAL

Defendants Chase Home Finance, LLC ("Chase Finance") and JPMorgan Chase Bank, N.A. (improperly sued as "JPMorgan Chase, N.A.") ("Chase Bank") (collectively, "Defendants") hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice, Defendants state as follows:

## PROCEDURAL BACKGROUND

1. Plaintiffs Mark and Claire Dees ("Plaintiffs") purportedly commenced a civil action against Defendants on November 22, 2010 by filing a "Petition for Verification of Debt" (the "Complaint") in the Superior Court of Gwinnett County,

State of Georgia, Civil Action File No. 2010-A-10512-10 (the "State Court Action").

## **PROCEDURAL PREREQUISITES**

2. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after Defendants first received, through service or otherwise, a copy of Plaintiffs' Complaint.[1]

3. As required by 28 U.S.C. § 1446, true and correct copies of all process and pleadings served upon Defendants in the State Court Action are attached hereto as Composite Exhibit A.

4. A removal notice and a copy of the instant Notice of Removal shall be filed with the Clerk of the Superior Court of Gwinnett County, State of Georgia, and shall be served on Plaintiffs. A true and correct copy of the removal notice filed with the Clerk of the Superior Court for Gwinnett County, State of Georgia is attached hereto as Exhibit B.

5. Removal to this Court in particular is proper pursuant to 28 U.S.C. §§ 1441 and 1446 because the State Court Action is currently pending in this Judicial District.

---

[1] Indeed, Plaintiffs do not even purport to have served Defendants until November 29, 2010.

## **DIVERSITY JURISDICTION**

6. Removal of this action is proper under 28 U.S.C. § 1332 because the parties' citizenships are fully diverse and the amount in controversy for Plaintiffs' claims is more than $75,000 exclusive of interest and costs.

### *Complete Diversity of Citizenship*

7. Plaintiffs are both citizens of Georgia. (*See* Compl. at 1.)

8. Chase Finance is a limited liability company whose sole member is Chase Home Finance, Inc. "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." *Internet Bus. Solutions, Inc. v. Britt Worldwide, LLC*, 4:07-CV-129 HL, 2007 WL 2583718, *1 (M.D. Ga. Sept. 4, 2007) (quoting *Rolling Greens, MHP, L.P. v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004)). A corporation is "a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332. Chase Home Finance, Inc. was incorporated under the laws of Delaware and has its principal place of business in New Jersey. Accordingly, both Chase Home Finance, Inc. and Chase Finance are citizens of New Jersey and Delaware.

9. Chase Bank is a national banking association. A national banking association is considered a citizen of "the State designated in its articles of

3

association as its main office." *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006); *see also* 28 U.S.C. § 1348. Chase Bank's articles of incorporation designate Columbus, Ohio as its main office. Accordingly, Chase Bank is a citizen of the state of Ohio.

10. Accordingly, there exists complete diversity of citizenship between Plaintiffs and Defendants.

### *Amount In Controversy*

11. Plaintiffs' Complaint does not state the amount in controversy. (*See* Compl.) Plaintiffs' Complaint does, however, seek to enjoin Defendants from foreclosing on real properties located at 91 Hebron Church Road, Dacula, GA, 3096 Springlake Drive, Buford, GA, 3226 Sunderland Drive, Snellville, GA, 1785 Cherry Log Way, Lawrenceville, GA, 5126 Rockborough Trail, Norcross, GA, 405 Shadetree Lane, Lawrenceville, GA, 4256 Nora Lane, Duluth, GA, 610 Clearwater Place, Lawrenceville, GA, and 2741 Treehouse Lane, Lawrenceville, GA. (the "Properties").[2] (*See* Compl. at 1 & Exs. L and LD thereto.)[3] Plaintiffs purchased

---

[2] True and correct copies of all the security deeds Plaintiffs executed in conjunction with the purchase of the Properties are attached hereto as Composite Exhibit C. Each of these security deeds (the "Security Deeds") secure promissory notes (the "Notes") executed by Plaintiffs in conjunction with their purchase of the Properties. (*See* Ex. C.)

[3] The Security Deed referenced in Plaintiffs' Exhibit L as being secured by real property at 3096 Springlake Drive, Buford, GA is actually secured by Property at

the Properties, at least in part, with $1,065,600 in promissory notes. (*See* Ex. C.) Accordingly, the collective value of the Properties exceeds $75,000.

12. Where a plaintiff seeks injunctive relief related to a foreclosure sale, "the value of the property determines the financial value at stake" for removal purposes. *See Roper v. Saxon Mortg. Services, Inc.*, No. 1:09-CV312, 2009 WL 1259193, *2 (N.D. Ga. May 5, 2009) (citing *Waller v. Prof'l Ins. Corp.*, 296 F.2d 545, 547 (5th Cir. 1961). Accordingly, the amount in controversy, based on Plaintiffs' allegations and the exhibits attached to Plaintiffs' Complaint exceeds $75,000, exclusive of interest and costs.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that the State Court Action proceed in this Court.

---

505 Radio Court, Lawrenceville, GA. (*See* Ex. L to Compl.; Ex. C.) Likewise, the Security Deed referenced in Plaintiffs' Exhibit L as being secured by real property at 405 Shadetree Lane, Lawrenceville, GA is actually secured by Property at 2613 Milo Court, Lawrenceville, GA. (*See* Ex. L to Compl.; Ex. C.)

Respectfully submitted this 28th day of December, 2010.

> WARGO & FRENCH LLP
>
> *[signature]*
>
> SHANON J. MCGINNIS
> smcginnis@wargofrench.com
> Georgia Bar No. 387598
> JULIE C. JARED
> jjared@wargofrench.com
> Georgia Bar No. 801699
> RYAN D. WATSTEIN
> rwatstein@wargofrench.com
> Georgia Bar No. 266019
> 1170 Peachtree Street, N.E.
> Suite 2020
> Atlanta, Georgia 30309
> (404) 853-1500
> (404) 853-1501 (facsimile)
>
> *Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GLENN ALAN GILKEY & <br> SONYA DEE GILKEY <br><br> Plaintiffs, <br><br> v. <br><br> CHASE HOME FINANCE, LLC & <br> FANNIE MAE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

This certifies that I have this day served a true and correct copy of the within and foregoing **NOTICE OF REMOVAL OF ACTION** upon Plaintiffs by U.S. Mail, postage pre-paid, addressed as follows:

Mark & Claire Dees, *Pro Se*
400 Peachtree Industrial Blvd., Suite 5 #518
Suwanee, GA 30024

This 28th day of December, 2010.

_____
Julie C. Jared

648671_1