IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK DEES and CLAIRE DEES, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NUMBER 1:10-cv-4218-TCB |
| CHASE HOME FINANCE LLC and ) | |
| JP MORGAN CHASE, N.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendants' motion to dismiss Plaintiffs' complaint [2] and motion to stay the pretrial deadlines [3]. Plaintiffs have not responded to Defendants' motion. Pursuant to Local Rule 7.1B, the motion [2] is therefore GRANTED as unopposed. Moreover, the Court has reviewed Defendants' motion to dismiss and finds it to be well taken. Defendants' motion to stay certain pretrial deadlines [3] is DENIED as moot. The CLERK is DIRECTED to close this case.

IT IS SO ORDERED this 26th day of January, 2011.

Timothy C. Batten, Sr.
United States District Judge